IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRENDA BRANSCUM, ET AL.                                                                PLAINTIFFS

v.                                            No. 1:06CV00042 GH

STEVE GOSSER, ET AL.                                                                   DEFENDANTS

## ORDER

Plaintiffs' unopposed January 12th motion (#15) to stay the scheduling order and the litigation, under the United States Soldiers and Sailors Relief Act, until defendant Zach Alexander, who is on active duty in Iraq, has been discharged from active duty is hereby granted. In light of this stay, the Court directs the Clerk to administratively terminate this action in his records without prejudice to plaintiffs filing a motion to reopen. Plaintiffs will have **sixty** days after Alexander has been discharged from active duty in the United States Military in which to file a motion to reopen this case and return it to the active docket.

IT IS SO ORDERED this 16th day of January, 2007.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE